UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ILIJA JOVETIC,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTRY MUTUAL<br>INSURANCE COMPANY,<br><br>          Defendant. | 2:14-cv-00463-MMD-CWH<br><br>ORDER |

This matter came before the Court on June 24, 2014, for hearing on Plaintiff's Motion to Compel (#11), filed May 28, 2014; Defendant's Response (#13), filed June 13, 2014; and Plaintiff's Reply (#17), filed June 23, 2014. During the course of the hearing, Defendant agreed to submit certain documents for *in camera* inspection. After conducting an *in camera* review, and for the reasons stated on the record during the hearing, Defendant's objections to disclosure are overruled. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel (#11) is **granted**.

**IT IS FURTHER ORDERED** that the documents shall be disclosed to Plaintiff's counsel not later than **Thursday, July 3, 2014**.

**IT IS FURTHER ORDERED** that the parties shall bear their own fees and costs.

DATED: June 26, 2014.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge