REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
300 South Fourth Street, Suite 710
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com
Attorneys for Defendant
COUNTRY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ILIJA JOVETIC,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY; and DOES I-V and ROES VI-X, inclusive,<br><br>          Defendants. | CASE NO. 2:14-cv-00463-RFB-CWH |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto through their respective counsel of record, that the above entitled matter be dismissed, with prejudice, all parties to bear their own costs and attorney's fees.

IT IS ALSO STIPULATED and AGREED that the trial of this matter, which is currently set for April 4, 2016, will be vacated.

DATED this _____ day of March, 2016.

| | |
|---|---|
| Rogers, Mastrangelo, Carvalho & Mitchell | Jesse Sbaih, Esq. |
| /s/ Rebecca L. Mastrangelo | /s/ Ines Olevic-Saleh, Esq. |
| Rebecca L. Mastrangelo, Esq.<br>Nevada Bar No. 005417<br>300 South Fourth Street, #710<br>Las Vegas, Nevada 89101<br>Attorney for Defendant | Ines Olevic-Saleh, Esq.<br>Nevada Bar No. 11431<br>170 S. Green Valley Parkway, Suite 280<br>Henderson, Nevada 89012<br>Attorney for Plaintiff |

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the foregoing Stipulation by the parties and good cause appearing therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the above entitled action be, and the same hereby is dismissed with prejudice, each party to bear its own costs and attorney's fees incurred.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the trial of this matter, which is currently scheduled for April 4, 2016, will be vacated.

DATED this  14th  day of  March , 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted By:

Rogers, Mastrangelo, Carvalho & Mitchell

/s/ Rebecca L. Mastrangelo
_____
Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 005417
300 South Fourth Street, #710
Las Vegas, Nevada 89101
Attorney for Defendant